Thomas D. Smith, Esquire (ISB No. 8206)
**SPINNER, WOOD & SMITH**
1335 East Center - P.O. Box 6009
Pocatello, Idaho   83205-6009
Telephone:   (208) 232-4471
FAX: (208) 232-1808
Email: tsmith8206@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the Matter of: | ) | Case No. 19-41012-JMM |
|---|---|---|
| | ) | |
| CORTNEY CASPER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR TURNOVER OF ESTATE PROPERTY**

OPPORTUNITY TO OBJECT AND FOR A HEARING

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW R. Sam Hopkins, Trustee, through counsel, pursuant to 11 U.S.C. §§ 521(a)(3) and 542(a), and requests that the Court enter an order requiring the Debtor to turnover estate property. This motion is based on the following grounds:

**MOTION FOR TURNOVER OF ESTATE PROPERTY - 1**

1.  On January 30, 2019, the Debtor executed a five-year employment agreement with BMH, Inc. ("BMH") to provide professional health care services to BMH. The employment agreement provides that the Debtor would receive a $25,000 bonus within thirty days after the start date of June 30, 2019.

2.  The Debtor subsequently executed an amendment to the employment agreement effective July 31, 2019, which provides that the Debtor must work every other week from July 31, 2019, through January 31, 2020, at which time he would begin to work full-time of at least forty hours per week. The Debtor was then eligible to receive the $25,000 bonus payable within thirty days after the Debtor demonstrated full-time practice.

3.  The Debtor filed his bankruptcy petition on October 23, 2019. As a result, eighty-four of the of the 184 days, forty-six percent, required for the Debtor to receive the $25,000 bonus occurred pre-petition.

4.  The Debtor's right to receive the $25,000 bonus is estate property because it is sufficiently rooted in the Debtor's pre-bankruptcy past. Since the Debtor was required to work both pre and post-petition to qualify to receive the $25,000 bonus, at least forty-six percent of the bonus, $11,500, is estate property because it arose from pre-petition services. *See In re Lott*, No. 17-40412-JMM (Bankr. D. Idaho July 19, 2018) (citing *Jess v. Carey (In re Jess)*, 169 F.3d 1204, 1207 (9th Cir. 1999)).

5.  The pre-petition portion of the $25,000 bonus is property that the Trustee may use, sell, or lease.

6.  Pursuant to 11 U.S.C. § 521(a)(4), the Debtor has a duty to surrender the pre-petition portion of the $25,000 bonus to the Trustee.

**MOTION FOR TURNOVER OF ESTATE PROPERTY - 2**

7. Pursuant to 11 U.S.C. § 542(a) and Rule 7001(1), Federal Rules of Bankruptcy Procedure, the Court may order the Debtor to surrender the pre-petition portion of the $25,000 bonus to the Trustee.

WHEREFORE, the Trustee respectfully requests that the Court enter an order that requires the Debtor to surrender $11,500 to the Trustee, or, if this motion is contested, such other amount of the Debtor's $25,000 bonus as the Court determines is attributable to pre-petition services.

DATED August 17 , 2020

SPINNER, WOOD & SMITH

By /s/_____
    Thomas D. Smith

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on August  17 , 2020, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| U.S. Trustee | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ustp.region18.bs.ecf@usdoj.gov | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Robert J. Maynes | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| rmaynes@maynestaggart.com | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Steven L. Taggart | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| staggart@maynestaggart.com | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Ryan E. Farnsworth | [ ] U.S. Mail, postage prepaid |
| | [ ] Hand Delivery |
| ryan@averylaw.net | [x] ECF Notice |
| | [ ] Facsimile |
| | |
| Cortney Casper | [x] U.S. Mail, postage prepaid |
| 755 West Quail Circle | [ ] Hand Delivery |
| Blackfoot, Idaho 83221 | [ ] ECF Notice |
| | [ ] Facsimile |

By: /s/ _____
      Thomas D. Smith

**MOTION FOR TURNOVER OF ESTATE PROPERTY - 4**